RECEIVED

AUG 2 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Perry Leo Simms | Civil Action No. 06-1026 |
| versus | Section P |
| Earl Taylor | Judge Tucker L. Melançon |
| | Magistrate Judge Mildred E. Methvin |

**ORDER**

On July 11, 2006, the Magistrate Judge recommended that this action brought pursuant to 42 U.S.C. §1983 be dismissed as time barred [Rec. Doc. 4]. Based on plaintiff's submission, the Magistrate Judge concluded that his claims were untimely as they accrued at the latest on November 9, 2004 when the Twenty-Seventh Judicial District Court ruled adversely to him, finding that the District Attorney had complied with the Third Circuit Court of Appeal's order to provide certain records to plaintiff relative to his prosecution, trial and conviction.

After being granted an extension of time [Rec. Doc. 6], plaintiff filed Objections to Report and Recommendation of July 11, 2006 [Rec. Doc. 7] in which he provides documentation that the Louisiana Supreme Court denied his Application for Supervisory and/or Remedial Writs concerning the production of these documents on February 3, 2006. Based on this documentation, the Court finds that plaintiff's cause of action under 42 U.S.C. §1983 accrued at the latest on February 3, 2006; thus,

this action is timely. Therefore, after an independent review of the record, including the objections filed by plaintiff, the Court finds the plaintiff's objections regarding the timeliness of this action to have merit. Accordingly,

**IT IS ORDERED** that this action is referred to Magistrate Judge Methvin for further proceedings consistent with this order.

**THUS DONE AND SIGNED** this 21st day of August, 2006 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge