RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/1/12/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Perry Leo Simms | Civil Action No. 06-1026 |
| versus | Section P |
| Earl Taylor | Judge Tucker L. Melançon |
| | Magistrate Judge Mildred E. Methvin |

## JUDGMENT

On October 18, 2006, Magistrate Judge Methvin recommended that plaintiff's claims be dismissed with prejudice as frivolous [Rec. Doc. 9]. Upon motion of plaintiff, the Court extended the deadline for the filing of objections to the magistrate judge's Report and Recommendation until November 30, 2006 [Rec. Doc. 11]. No objections have been filed. Accordingly, for the reasons stated in the Report and Recommendation of Magistrate Judge Methvin previously filed herein [Rec. Doc. 9], the Court, having determined after an independent review of the record that the findings are correct under the applicable law, and noting the absence of objections in the record, it is

**ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be

granted pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED** this 11th day of December, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge